# KimLawFirm LLC

Continental Plaza · 411 Hackensack Avenue, Suite 701 · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

March 6, 2020

*Via ECF*

Honorable Steven C. Mannion, U.S.M.J.
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room MLK 2B
Newark, New Jersey 07101

      Re:    **Twyman, et al. v. Retail Recovery Service of NJ, Inc., et al.**
              **Case No.: 2:16-cv-02910-SCM**
              **Our File No.: 15-387**

Dear Judge Mannion:

      This firm represents the Plaintiffs in the above-referenced matter. The parties submit this joint agenda letter in advance of the telephone conference currently scheduled for March 11, 2020 at 3:30 p.m. For the reasons below, the parties request an adjournment of the conference.

      As Your Honor is aware, Plaintiffs and Defendants have concluded confirmatory discovery. The motion for preliminary approval is being drafted and will be filed once finalized. Therefore, the parties request that the telephone conference scheduled for March 11, 2020 be adjourned.

      We thank the Court for its consideration and courtesies in this matter.

                                                    Very truly yours,

                                                    *s/Yongmoon Kim*
                                                    Yongmoon Kim

YK/jy
cc:    All Counsel of Record (*via ECF*)

**ORDER**
1. THE MARCH 11 TELEPHONE CONFERENCE IS ADJOURNED TO APRIL 1, 2020 @ ~~3:30~~ 10 AM.
2. THE FINAL MOTION FOR PRELIMINARY APPROVAL SHALL BE FILED WITHIN FOURTEEN (14) DAYS OF THIS ORDER.

SO ORDERED
*s/Steven C. Mannion*
Steven C. Mannion, U.S.M.J.
Date: 3/9/2020